IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

YVONNE COX,

    Plaintiff,

v.   CASE NO. 1:11-cv-00145-MP-GRJ

ALLIED INTERSTATE INC,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on doc. 8, Unopposed Motion to Vacate Clerk's Entry of Default by Allied Interstate Inc. On November 21, 2011, the Clerk entered default against the defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. The defendant now requests the Court to vacate the Clerk's default pursuant to Rule 55(c) and states that the failure to file a responsive pleading was due to a calendaring error. Rule 55(c) permits the Court to "set aside an entry of default for good cause . . . ." Fed. R. Civ. P. 55(c). Moreover, the plaintiff has no objection to setting aside the default.

    Accordingly, it is now **ORDERED** as follows:

1.     The defendant's motion to vacate Clerk's entry of default, doc. 8, is GRANTED.

2.     The Clerk's entry of default at doc. 5 is VACATED.

**DONE AND ORDERED** this 9th day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge