IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

YVONNE COX,

    Plaintiff,

v.                                    CASE NO. 1:11-cv-00145-MP-GRJ

ALLIED INTERSTATE INC,

    Defendant.

_____/

## O R D E R

This matter is before the Court on doc. 10, Notice of Settlement by Yvonne Cox. The plaintiff informs the Court that a settlement of the present matter has been reached and the parties are in the process of executing a settlement agreement, which the plaintiff anticipates will be completed within the next 30 days..

Accordingly, it is now **ORDERED** as follows:

1.     The parties are directed to file a stipulation of dismissal and settlement agreement on or before January 23, 2012.

**DONE AND ORDERED** this 22nd day of December, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge